UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PAULA BOUCHARD and
DONNA DALTON                                                                    PLAINTIFFS

V.                                                      CIVIL ACTION NO. 1:26-CV-117-TBM-RPM

ARTURO CANTU, JR. and
HI-VALLEY TRANSPORT, INC.                                                        DEFENDANTS

**AGREED ORDER DISMISSING
CLAIMS FOR GROSS NEGLIGENCE AND PUNITIVE DAMAGES**

THIS CAUSE came before the Court on the unopposed motion of Defendant, Hi-Valley

Transport, Inc., under Federal Rule of Civil Procedure 12(c) for the Court to dismiss Plaintiffs'

claims in its Amended Complaint [23] for gross negligence and punitive damages as to all

Defendants, without prejudice.  The parties have submitted this Agreed Order, and the Court,

being fully advised in the premises, finds that the motion is in the interest of the orderly

administration of justice and that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' claims for gross

negligence and punitive damages are dismissed without prejudice.

SO ORDERED, this the 7th day of    July    , 2026.

_____
UNITED STATES DISTRICT JUDGE

Prepared & submitted by:

_____
David C. Dunbar (MSB # 6227)
Andy Lowry (MSB # 100782)
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, Mississippi 39157
Tel. (601) 898-2073
Fax (601) 898-2074
dcdunbar@dunbarmonroe.com
alowry@dunbarmonroe.com
*Counsel for Defendants*

Agreed to by:

_____
Michael E. Fondren (MSB # 8941)
Andy Citrin Injury Attorneys, P.C.
906 Convent Avenue
Pascagoula, Mississippi 39567
Tel. (228) 888-8822
Fax (228) 888-8000
michael@citrinlaw.com
*Counsel for Plaintiff*